# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25−mc−00041−RBW

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO NONPARTY WASHINGTON EDUCATIONAL TELECOMMUNICATIONS ASSOCIATION<br>Assigned to: Judge Reggie B. Walton<br>Cause: Motion to Compel | Date Filed: 04/11/2025<br>Date Terminated: 06/03/2025<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**In Re**

**SUBPOENA ISSUED TO NONPARTY WASHINGTON EDUCATIONAL TELECOMMUNICATIONS ASSOCIATION**

**Petitioner**

**TIKTOK INC.**     represented by     **James Albert Frederick**
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC 20005−1209
202−842−8800
Fax: 202−842−8465
Email: jim.frederick@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas J. Begakis**
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1500
Los Angeles, CA 90067
310−203−4000
Fax: 310−229−1285
Email: nicholas.begakis@faegredrinker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**BYTEDANCE INC.**     represented by     **James Albert Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas J. Begakis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**BYTEDANCE LTD.**      represented by   **James Albert Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Nicholas J. Begakis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**TIKTOK LTD.**      represented by   **James Albert Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**TIKTOK LLC**      represented by   **James Albert Frederick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Nicholas J. Begakis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**NUALA MULLEN**      represented by   **Laura Marquez−Garrett**
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Avenue
Suite 102−PMB 2383
Seattle, WA 98104
206−826−2362
Email: laura@socialmediavictims.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**ELIZABETH MULLEN**      represented by   **Laura Marquez−Garrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Greater Washington Educational Telecommunications Association**      represented by   **Mark Bailen**
LAW OFFICES OF MARK I BAILEN

1250 Connecticut Avenue, NW  
Suite 700  
Washington, DC 20036  
(202) 656–0422  
Fax: (202) 261–3508  
Email: mb@bailenlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2025 | Ï 1 | MOTION to Compel ( Filing fee $ 52 receipt number 209392.) filed by TIKTOK LTD., BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LLC, TIKTOK INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(znmw) (Entered: 04/15/2025) |
| 04/17/2025 | Ï 2 | RESPONSE re 1 Motion to Compel, *STATEMENT OF NON–OPPOSITION TO DEFENDANTS MOTION FOR ORDER TO COMPEL PRODUCTION* filed by NUALA MULLEN, ELIZABETH MULLEN. (Marquez–Garrett, Laura) Modified filers on 4/17/2025 (znmw). (Entered: 04/17/2025) |
| 04/21/2025 | Ï 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BYTEDANCE INC., BYTEDANCE LTD., TIKTOK INC., TIKTOK LLC, TIKTOK LTD. (Frederick, James) (Entered: 04/21/2025) |
| 05/01/2025 | Ï 4 | Consent MOTION for Briefing Schedule *To Establish Due Dates for Responsive Briefing with Respect to Defendants' Motion for Order to Compel Production Against NonParty Washington Educational Telecommunications Association* by BYTEDANCE INC., BYTEDANCE LTD., TIKTOK INC., TIKTOK LLC. (Frederick, James) (Entered: 05/01/2025) |
| 05/01/2025 | Ï | MINUTE ORDER. Upon consideration of the defendants' 4 Consent Motion to Establish Due Dates for Responsive Briefing with Respect to Defendants' Motion for Order to Compel Production Against Nonparty Washington Educational Telecommunications Association, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that, on or before May 14, 2025, non–party Washington Educational Telecommunications Association shall file its response to the defendants' motion to compel. It is further ORDERED that, on or before May 21, 2025, the defendants shall file their reply in support of their motion to compel. Signed by Judge Reggie B. Walton on May 1, 2025. (lcrbw2) (Entered: 05/01/2025) |
| 05/14/2025 | Ï 5 | Memorandum in opposition to re 4 Consent MOTION for Briefing Schedule *To Establish Due Dates for Responsive Briefing with Respect to Defendants' Motion for Order to Compel Production Against NonParty Washington Educational Telecommunications Association* filed by Greater Washington Educational Telecommunications Association. (Bailen, Mark) (Entered: 05/14/2025) |
| 05/21/2025 | Ï 6 | REPLY re 1 Motion to Compel by TIKTOK INC., TIKTOK LLC, TIKTOK LTD..(Frederick, James) Modified event on 5/22/2025 (znmw). (Entered: 05/21/2025) |
| 05/23/2025 | Ï | MINUTE ORDER. The Court requiring additional information before resolving the 1 Defendants' Motion for Order to Compel Production and Enforce Subpoena Against Nonparty Washington Educational Telecommunications Association, it is hereby ORDERED that, on May 28, 2025, at 11:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646–828–7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). Signed by Judge Reggie B. Walton on May 23, 2025. (lcrbw2) (Entered: 05/23/2025) |
| 05/23/2025 | Ï 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Nicholas J. Begakis, Filing fee $ 100, receipt number ADCDC–11713149. Fee Status: Fee Paid. by BYTEDANCE INC., |

| | | |
|---|---|---|
| | | BYTEDANCE LTD., TIKTOK INC., TIKTOK LLC, TIKTOK LTD.. (Attachments: # 1 Declaration of Nicholas J. Begakis for Pro Hac Vice Admission, # 2 Certificate of Good Standing)(Frederick, James) (Entered: 05/23/2025) |
| 05/27/2025 | Ï | MINUTE ORDER. The Court having considered the the plaintiffs' 7 Motion for Admission Pro Hac Vice, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under this Courts rules, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Nicholas J. Begakis, Faegre Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1500, Los Angeles, CA 90067, is ADMITTED to practice before the Court pro hac vice in this case. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Reggie B. Walton on May 27, 2025. (lcrbw2) (Entered: 05/27/2025) |
| 05/28/2025 | Ï | Minute Entry for telephonic proceedings held before Judge Reggie B. Walton: Status Conference held on 5/28/2025. Status Conference set for 6/4/2025 at 10:00 AM via teleconference before Judge Reggie B. Walton. (Court Reporter: Lorraine Herman) (zalh) (Entered: 05/28/2025) |
| 05/28/2025 | Ï 8 | NOTICE of Appearance by Nicholas J. Begakis on behalf of BYTEDANCE INC., BYTEDANCE LTD., TIKTOK INC., TIKTOK LLC (Begakis, Nicholas) (Entered: 05/28/2025) |
| 05/29/2025 | Ï 9 | ORDER. In accordance with the attached Order, it is hereby ORDERED that, on June 4, 2025, at 10:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646−828−7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). As indicated by the Court, should the district court overseeing the underlying multi−district litigation ("MDL") in the Northern District of California inform this Court that it permits remote participation in hearings, the Court will vacate the pending status conference and transfer this matter to the MDL court, consistent with the Washington Educational Telecommunications Association's representation that it would consent to such transfer under those circumstances. See Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."). Signed by Judge Reggie B. Walton on May 29, 2025. (lcrbw2) (Entered: 05/29/2025) |
| 06/02/2025 | Ï 10 | ORDER. In accordance with the attached Order, it is hereby ORDERED that the status conference currently scheduled for June 4, 2025, via teleconference, is VACATED. It is further ORDERED that the Clerk of the Court shall TRANSFER this case to the United States District Court for the Northern District of California, where the underlying multidistrict litigation is pending. It is further ORDERED that this case is CLOSED. Signed by Judge Reggie B. Walton on June 2, 2025. (lcrbw2) (Entered: 06/02/2025) |